FANNIE COWAN, respondent,

*v.*

ELIAS COWAN, appellant.

[Decided February 1st, 1926.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Church, whose opinion is reported in 97 *N. J. Eq. 163.*

*Mr. William Greenfield,* for the respondent.

*Mr. Frank E. Bradner,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Church.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, WHITE, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, JJ. 14.

*For reversal*—None.